IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                            Case No. 3:11-CR-30010

IRZA ARRIZON                                                                                                       DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 63) filed in this case on December 17, 2012, by the Honorable James R. Maschewski, Chief United States Magistrate for the Western District of Arkansas.  Also before the Court are Defendant's Objections (Doc. 65) to the Report and Recommendations.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: Defendant's objections offer neither law nor fact requiring departure from the Report and Recommendation.  Defendant takes issue with the Magistrate's conclusion that no evidentiary hearing was necessary regarding Defendant's allegation that her counsel failed to file an appeal when Defendant directed counsel to do so.  The Magistrate found that there was no evidence that Defendant contacted her attorney or the Court concerning an appeal.  Moreover, even if counsel had failed to consult with Defendant concerning an appeal, the Magistrate concluded that such a failure would not have constituted deficient performance.  Defendant's attorney submitted an affidavit to the Court affirming that Defendant expressed no desire to appeal.  Further, there was no basis for Defendant's attorney to assume that Defendant would have wanted to appeal her conviction, as Defendant was sentenced in the middle of the sentencing range recommended by the United States Sentencing Guidelines, Defendant did not offer any objections to the PSR or voice any objections

at the time of sentencing, and the Government agreed to dismiss three counts of conviction and a forfeiture allegation in exchange for Defendant's guilty plea.  Accordingly, as there was no reason to think that Defendant would have wanted to appeal or that Defendant reasonably demonstrated to her counsel that she was interested in appealing, counsel had no constitutionally imposed duty to consult with Defendant about an appeal, and no evidentiary hearing regarding this issue was necessary.

The Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated herein and in the Magistrate Judge's Report and Recommendations, Defendant's Motion to Vacate (Doc. 56) is **DENIED**.

IT IS SO ORDERED this 4th day of March, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE